[No. 40106-8-I.    Division One.    July 13, 1998.]

ANDREW T. NIELSEN, ET AL., *Appellants*, v. JOEL D. MERRIAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-01419-1, Stanley K. Bruhn, J., entered January 17, 1997. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 40279-0-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NOAH LEWIS SPARGER-HURT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-8-00320-2, Charles R. Snyder, J. Pro Tem., entered February 27, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 40410-5-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH ALEXANDER HUERTAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04889-1, Richard D. Eadie, J., entered February 28, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40454-7-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL S. ALFARO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07853-7, Richard M. Ishikawa, J., entered April 8, 1997. *Affirmed* by unpublished per curiam opinion.